
always ahead

> A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> Alvin K. Hellerstein, U.S.D.J.
> Date: 3/4/20

March 4, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2020

**VIA ECF AND U.S. MAIL**

The Honorable Alvin K. Hellerstein
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   Silvi Veni LLC, d/b/a Uptown Soap Co. v.
      Procter & Gamble Co., et al, 1:20-cv-00115 (AKH)

Dear Judge Hellerstein:

We are counsel for the defendants in the above-referenced matter.

Defendants' response to the Complaint served on them as of February 12, 2020 is due today. Plaintiff's counsel has consented to a thirty (30) day extension of this deadline. This is the first request for such an extension, and no schedule setting other deadlines in this action has been issued by the Court.

The parties have reached a tentative agreement to resolve this dispute without the need for further litigation. Therefore, good cause for the requested extension exists because the parties need additional time to document and implement their agreement.

We thank the Court for its attention to this matter.

Respectfully Submitted,

S/: *Bruce R. Ewing*

Bruce R. Ewing

BRE/tt

Cc: All Counsel of Record (via ECF)