UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SILVI VENI LLC, d/b/a UPTOWN SOAP CO.,

                    Plaintiff,

-against-

PROCTOR & GAMBLE CO., TIFFANIE PAPP, ALEXIS SCHRIMPF and CHRISTI WENDHOLT PUTNAM,

                    Defendants.

**ORDER**

20 Civ. 115 (AKH)

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties' joint stipulation filed April 1, 2020 (*see* ECF No. 19) is so ordered.

The Clerk is directed to close this case.


        SO ORDERED.

Dated:     April 2, 2020                    _____/s/_____
            New York, New York              ALVIN K. HELLERSTEIN
                                                   United States District Judge